**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 390 WAL 2019
: 
Respondent :
: 
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
: 
: 
: 
ANDRE BRANCH-SAMUELS, :
: 
Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.